NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE HARRY FISCH**

---

2011-1068

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 90/008,024.

---

**JUDGMENT**

---

WILLIAM F. SMITH, Woodcock Washburn, LLP, of Philadelphia, Pennsylvania, argued for appellant. With him on the brief was JOHN F. MURPHY.

NATHAN K. KELLEY, Solicitor Associate, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and KRISTI L. R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 12, 2011      /s/ Jan Horbaly
Date          Jan Horbaly
Clerk